

**NUMBER 13-19-00528-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**HWAT, INC. D/B/A CHOICE HOME WARRANTY,**                    **Appellant,**

**v.**

**LALITHA KUSUPATI,**                                                         **Appellee.**

---

### On appeal from the County Court at Law No. 4
### of Williamson County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Memorandum Opinion by Chief Justice Contreras**

Appellant, HWAT, Inc. d/b/a Choice Home Warranty, perfected an appeal from a

judgment entered by County Court at Law No. 4 of Williamson County, Texas, in cause

number 18-2069-CC4.[1] The parties have filed a joint motion to dismiss the appeal on

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001.

grounds that all disputes arising from this cause have been settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Delivered and filed the
30th day of January, 2020.

2